UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------- X

COMMITTEE TO STOP AIRPORT
EXPANSION, et al.,

           Plaintiffs,

v.

DEPARTMENT OF TRANSPORTATION, et al.

           Defendants.

------------------------------- X

STIPULATION OF DISMISSAL

Civil Action
No. CV-03-2634

(Seybert, J.)
(M. Orenstein, M.J.)


## STIPULATION OF DISMISSAL

1. The parties have agreed, pursuant to the attached settlement agreement, to settle this action. Accordingly, the parties have authorized their respective counsel to execute this Stipulation of Dismissal.

2. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) the parties move to dismiss this action, with prejudice, in accordance with the terms of the attached Settlement Agreement.

Respectfully submitted,

_____
Sheila D. Jones, Esquire
(Admitted Pro Hac Vice)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
202.887.4000

Attorney for the Plaintiffs

Date: April 29, 2005

_____
Kevin P. Mulry, (KM 3752)
Assistant U.S. Attorney
Office of the U.S. Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722
631.715.7865

Attorney for the Defendants

Date: April 25, 2005