UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COMMITTEE TO STOP AIRPORT
EXPANSION, et al.,

                Plaintiffs,

     v.

DEPARTMENT OF TRANSPORTATION, et al.,

                Defendants.
------------------------------------------------------------x

Civil Action No. CV-03-2634

(Seybert, J.)
(M. Orenstein, M.J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAY 02 2005  ★

LONG ISLAND OFFICE

## Notice Regarding the Filing of Exhibits In Paper Form

Exhibits to the Settlement Agreement labeled/numbered Civil Action No. CV-03-2634 Sett. Agr. Ex. A, Civil Action No. CV-03-2634 Sett. Agr. Ex. B, Civil Action No. CV-03-2634 Sett. Agr. Ex. C, and Civil Action No. CV-03-2634 Sett. Agr. Ex. D, in support of the Stipulation of Dismissal, which was electronically filed on April 29, 2005, and assigned Document Number 36, are being filed in hard copy and will be maintained in the case file in the Clerk's office.

                                        _____
                                        Sheila D. Jones, Esquire
                                        (Admitted Pro Hac Vice)
                                        Akin Gump Strauss Hauer & Feld LLP
                                        1333 New Hampshire Avenue, N.W.
                                        Washington, D.C.  20036
                                        202.887.4000

Date:__April 29_____, 2005          Attorney for the Plaintiffs

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

**SHEILA D. JONES**
202.887.4254
sjones@akingump.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 02 2005 ★

LONG ISLAND OFFICE

April 29, 2005

Clerk
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Committee to Stop Airport Expansion v. U.S. Department of Transportation, et al.
No. CV-03-2634 (JS)(MLO)

Dear Sir or Madam:

Enclosed for filing in the above referenced case is the Notice Regarding the Filing of Exhibits In Paper Form. This notice is filed in connection with the filing of the Stipulation of Dismissal for the above-captioned case. The original Stipulation of Dismissal was filed electronically and was labeled Document No. 36.

Sincerely,

Sheila D. Jones

Enclosure

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / www.akingump.com